UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 22-cr-00283-CNS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.    PRESTON BLAKE POWELL,

        Defendant.

---

## MOTION FOR COMPETENCY DETERMINATION
---

Martha H. Eskesen, court-appointed counsel for defendant Preston Blake Powell, moves the Court for a hearing to determine whether he is mentally competent to proceed, as defined in 18 U.S.C. § 4241.

The grounds supporting counsel's good faith basis for questioning Mr. Powell's competency and specific requests with respect to this motion are set forth in the Supplement to Motion for Competency Determination filed under restricted access simultaneously with this motion.

Dated:  July 12, 2023        MARTHA H. ESKESEN, P.C.

        s/ Martha H. Eskesen
        Martha H. Eskesen
        7887 East Belleview Ave., Suite 1100
        Denver, CO 80111
        Telephone: (303) 228-1668
        Facsimile: (303) 573-4921
        Email: meskesen@eskesenlaw.com

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on July 12, 2023, I electronically filed the foregoing **MOTION FOR COMPETENCY DETERMINATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Brian Dunn, Assistant U.S. Attorney
Brian.Dunn@usdoj.gov

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Preston Blake Powell            (via U.S. Mail)

MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
7887 East Belleview Ave., Suite 1100
Denver, CO 80111
Telephone: (303) 228-1668
Facsimile: (303) 573-4921
Email: meskesen@eskesenlaw.com

2